IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-00265-01-CR-WJ-BP |
| JOSEPH C. GRIEST, | ) |
| Defendant. | ) |

O R D E R

On October 26, 2018, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Allison Schenk, Ph.D., Licensed Clinical Psychologist. It is the opinion of Dr. Schenk that Defendant is competent to proceed. During a hearing held before United States Magistrate Judge Lajuana M. Counts on February 20, 2019, Defendant and the Government stipulated to Dr. Shenk's report. Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed. No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including Dr. Shenk's report), it is

ORDERED that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant is competent.

**IT IS SO ORDERED.**

DATE: March _13_, 2019

/s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT